# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY LEE,<br><br>  Plaintiff,<br><br>v.<br><br>CAPITAL ONE, EXPERIAN INFORMATION SOLUTIONS INC and TRANSUNION LLC,<br><br>  Defendants. | Case No. 5:23-CV-01974-JGB-SP<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS EXPERIAN INFORMATION SOLUTIONS INC. AND TRANS UNION LLC** |

Plaintiff Stacey Lee and Defendants Experian Information Solutions Inc. and Trans Union LLC (hereinafter "Defendants") have announced to the Court that all matters in controversy against Defendants have been resolved. A Stipulation of Dismissal with Prejudice of Defendants have been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice of Defendants, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff Stacey Lee against Defendants Experian Information Solutions Inc. and Trans Union LLC are in all respects dismissed with prejudice to the refiling of same, with court costs and attorneys' fees to be paid by the party incurring same.

DATED this 5th day of December, 2023.

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

6659452.1

1